## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANDREW FRANCIS GAINOR,**

**Plaintiff,**

-vs-                                                      **Case No.  6:12-cv-299-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

_____

## ORDER

This case is before the Court on an appeal from a final decision of the Commissioner of Social Security ("Commissioner") denying Plaintiff's application for Supplemental Security Income benefits (Doc. No. 1). The United States Magistrate Judge has submitted a report recommending that the decision be affirmed.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objections to the Report and Recommendation (Doc. No. 23), the Objections are **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed January 9, 2013 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The final decision of the Commissioner is **AFFIRMED**.

3.      The Clerk of the Court is directed to enter judgment in favor of the Commissioner and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _/7_ day of February, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party